District of Oregon
Corresponds to AO 241
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254
(Rev. 1/20)

Page 2 of 9

PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS
BY A PERSON IN STATE CUSTODY

| United States District Court | District of Oregon |
|---|---|
| Name (under which you were convicted): Martin Allen Johnson | Docket or Case No.: 2:25-cv-1096 JR |
| Place of Confinement: ODOC - SRCI | Prisoner (SID) No.: 5410056 / 56167-065 |
| Petitioner (include the name under which you were convicted) petitioner) Martin Johnson | Respondent (authorized person having custody of v. State of Oregon |
| The Attorney General of the State: | |

**CONVICTION UNDER ATTACK**

1. Name and location of court that entered the judgment of conviction you are challenging:
   USDC 86-108 / Washington County C011654

2. Criminal docket or case number (if known): 86-108, C011654

3. (a) Date of judgment of conviction (if known): 1986 / December 2017

   (b) Date of Sentence: August 1986 / December 2017

4. Length of sentence: 22 / LWOP

5. Identify all crimes for which you were convicted and sentenced in this case:
   Close Djog 86-108 647 F.80 N 1465
   C011654 ORS 163.107

6. What was your plea? (Check one)

   ☒ Not Guilty Both    ☐ Guilty

   ☐ Nolo Contendere (No Contest)  ☐ Insanity Plea

   If you entered a guilty plea(s), list what crimes you pleaded guilty to, and what crimes you did not plead guilty to:
   _____

7. If you pleaded not guilty, what kind of trial did you have? (Check one)

   ☒ Jury    ☐ Judge Only

8. Did you testify at trial?

   ☒ Yes 86-108    ☒ No C001654

Form 39.060

District of Oregon
Corresponds to AO 241
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254
(Rev. 1/20)

Page 3 of 9

# EXHAUSTION OF STATE REMEDIES

## *DIRECT APPEAL*

9. Did you directly appeal from the judgment of conviction?

   ☒ Yes  *both*   ☐ No

   a. Name of court: ___9th Circuit___ / ___Oregon Supreme Court___

   b. Docket or case number (if known): ___?___ / ___A176046___

   c. Result: ___Denied___

   d. Date of result and citation (if known): ___?___ / ___2024 September___

   e. Grounds raised: ___Search + Seizure___ / ___Fourth / Search + Seizure / Miranda___
   ___IAD___
   ___177, 705 - 777___

10. Did you seek further review of the decision on appeal by a higher state court?

    ☒ Yes  *Both*   ☐ No

    a. Name of court: ___?___ / ___?___

    b. Docket or case number (if known): ___?___

    c. Result: ___Denied___

    d. Date of result and citation (if known): ___?___ / ___September 2024___

    e. Grounds raised: ___All___ / ___All___

11. Did you file a petition for certiorari in the United States Supreme Court?

    ☒ Yes   ☒ No

    a. Name of court: _____

    b. Docket or case number (if known): _____

    c. Result: _____

    d. Date of result and citation (if known): _____

Form 39.060

District of Oregon
Corresponds to AO 241
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254
(Rev. 1/20)                                                                                          Page 4 of 9

e. Grounds raised:
_____
_____
_____
_____

12.   If you did not directly appeal from the judgment of conviction, explain briefly why you did not:
_____

*POST-CONVICTION RELIEF*

13.   Did you file a petition for state post-conviction relief?

☒ Yes  C01164~~    ☐ No

a. Name of court: __Marion  County__

b. Docket or case number (if known): __OC16178__

c. Nature of proceeding: __Order  new  trial__

d. Did you receive an evidentiary hearing?

☒ Yes    ☐ No

e. Result: __Granted  New  Trial__

f. Date of result and citation or case number (if known): __September  2017__

g. Grounds raised: __All__
_____
_____

14.   Did you appeal the result of your state post-conviction case?

☐ Yes    ☒ No  But  the  Attorney  General  Did

a. Name of court: _____

b. Docket or case number (if known): _____

c. Result: _____

d. Date of result and citation (if known): _____

e. Grounds raised:
_____
_____
_____

Form 39.060

District of Oregon
Corresponds to AO 241
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254
(Rev. 1/20)                                                                                           Page 5 of 9

15. Did you seek further review of the decision on appeal by a higher state court?

☐ Yes                                  ☐ No

a. Name of court: _____

b. Docket or case number (if known): _____

c. Result: _____

d. Date of result and citation (if known): _____

e. Grounds raised:
_____
_____

16. If you did not appeal from the adverse decision in your state post-conviction case, explain briefly why you did not: _____

## GROUNDS FOR RELIEF

17. For this petition, state *concisely* every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: In order to proceed in the federal court, normally you must exhaust (use up) your available state court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

For your information, the following is a list (a-j) of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise grounds other than those listed.

a. Conviction obtained by plea of guilty that was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
b. Conviction obtained by use of coerced confession.
c. Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
d. Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
e. Conviction obtained by a violation of the privilege against self-incrimination.
f. Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
g. Conviction obtained by a violation of the protection against double jeopardy.
h. Conviction obtained by action of a grand or petit jury that was unconstitutionally selected and impaneled.
i. Denial of effective assistance of counsel at trial or on appeal.
j. Denial of right of appeal.

A.   Ground One: _For 86-108 State of Oregon_
_refuses to file FTR / ORS 135.225_
_for US M Defaucy, see attached paper_
_1 to 6_

Form 39.060

Case 2:25-cv-01096-JR    Document 1    Filed 06/25/25    Page 5 of 13

District of Oregon
Corresponds to AO 241
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254
(Rev. 1/20)

Page 6 of 9

Supporting FACTS (state *briefly* without citing cases or law):

Under FAPA, ORS 135.775 notice should have been done

B.  Ground Two: Collosy Court, refuses to hear, rule on, grant or deny post-plea motions, particularly, ORS 133.705 to 133.717

Supporting FACTS (state *briefly* without citing cases or law):

Unreasonable Delay in hearing, ruling on, granting, denying post Adjudge violates 4th, 5th, 6th, 8th, 9th, 14th Amendments, due process, equal protection

C.  Ground Three:

Supporting FACTS (state *briefly* without citing cases or law):

D.  Ground Four:

Supporting FACTS (state *briefly* without citing cases or law):

OTHER INFORMATION

Form 39.060

District of Oregon
Corresponds to AO 241
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254
(Rev. 1/20)

Page 7 of 9

18. Please answer these additional questions about the petition you are filing:

   a. Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?

   ☐ Yes   ☒ No

   If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: Collgsy I cannot file appeals oral 2.05 as the court will not hold hearing, listen, heavy rule on, grant on deny p.v.sc. attallvys

   b. Is there any ground in this petition that has not been presented in some state or federal court? If so, indicate which ground or grounds have not been presented, and state your reasons for not presenting them: No

19. Do you have any petition or appeal now pending (filed and not decided yet) in any court, state or federal, for the judgment you are challenging here?

   ☒ Yes   ☐ No

   If the answer is "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised: Collgsy, A187716, USDC 22cv00703 P/p) 20CV30346, Habeus Corpus Malheur County p.vsc 21CV8000A, A19C54C p.vsc

20. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

   a. At preliminary hearing: Collgsy mpd / 86.108 FPN

   b. At arraignment and plea: Collgsy / FPN

   c. At trial: mpns / FPN

   d. At sentencing: mpns / FPns

Form 39.060

District of Oregon
Corresponds to AO 241
Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2254
(Rev. 1/20)                                                                Page 8 of 9

e. On appeal: __OPDC / FPDS__

f. In any post-conviction proceeding:
__061678 Robert Huggin, Jenny Cooke__

g. On appeal from any adverse ruling in a post-conviction proceeding:
__061678    Daniel Casey    Robert Huggin__

21. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?

    ☒ Yes    ☐ No

    a. If yes, in what court was the prior action filed? __USDC__

    b. What was the prior case number? __222 CV 00703__

    c. Was the prior action: __Pending__    ☐ Decided on the merits, or
                                            ☐ Dismissed on procedural grounds

    d. Date of decision: __Unknown__

    e. Are there any issues in this petition raised in the prior petition?
    ☐ Yes    ☒ No

    f. If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this successive petition?
    ☐ Yes*    __NA__    ☐ No
    *If the answer is "Yes," you must attach a copy of the order received from the Ninth Circuit Court of Appeals.

22. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    ☒ Yes __86-108 / Collgsu LWOP__   ☐ No
    __Coqeur spewn posth__
    a. If so, give the name and location of the court that imposed the sentence to be served in the future:
    __86-103-PA USDC Oregon / Oregon Collgsu LWOP__

    b. Give the date and length of sentence to be served in the future:
    __86-108 6 years / LWOP Collgsy__

    c. Have you filed, or do you contemplate filing, any petition attacking the judgment that imposed the sentence to be served in the future? __Yes__

Form 39.060

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

RECEIVED MAY 19 2025 SUPERINTENDENTS OFFICE SRCI

TO: Please Joe Woodland          Date: 5-12-2025

State your issue in detail:

1. If possible I would like to Apply/invoke IAD, ORS 135.775 for Federal Detainer.

---

**AIC Committed Name (first middle last):** Martin A Johnson

**SID#:** 5410056

**Housing Unit:** 2F15B

**Response/Action Taken:** Please work with Records regarding your request.

Received MAY 23 2025 SRCI/RECORDS

Date Received: 5/19/25    Referred To*: _____

Date Answered: 5/20/25    Signature of Staff Member: J. Campbell for J. Woodland

*If forwarded, please notify the AIC

CD 214 (02/2020)

OREGON DEPARTMENT OF CORRECTIONS
Institution Division FACESHEET

JOHNSON, MARTIN ALLEN                          SID#: 05410056

DETAINERS:
     Agency: US MARSHAL
     Contact Name: WARRANTS/TRANSPORT              Phone: 503-326-3939  Ext:
                                                         Agency
     Case#-Charges: 56167-065                             Tried

Offense Data:

Planned Expiration Date:
Entry Date:  8/27/2001
Comments:


Governors Warrant:  N   Waiver on File: N   Release to Detainer: Y
----------------------------    ------------------   --------------------------

Proof of Mail
20CV30346
Exhibit Pin-9
34

(9)

* * * * * * * * * * * * * E N D   O F   F A C E S H E E T * * * * * * * * * * * * *

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: Records          Date: 5-21-2025

State your issue in detail:

1. See attached USM detainer IAD ORS 135.775, invocation, from Joe Woodlaw

2. Return original, kyte, detainer, and new face sheet to me, please

AIC Committed Name (first middle last): Martin A Johnson

SID#: 54/0056

Housing Unit: 2F15B

Response/Action Taken:

Your KYTE has been forwarded to your PTA. Please expect a seperate response from this.

Date Received: MAY 23 2025  SRCI/RECORDS
Date Answered:
*If forwarded, please notify the AIC

Referred To*:

Signature of Staff Member: J. Davis

CD 214 (02/2020)

# OREGON DEPARTMENT OF CORRECTIONS
## AIC COMMUNICATION FORM

TO: Records          Date: 5-21-2025

State your issue in detail:

1. See attached USM detainer IAD ORS 135.775, invocation, from/Joe Woodlaw

2. Return original, Kyle, detainer, and new face sheet to me, please

AIC Committed Name (first middle last): Martin A Johnson
SID#: 541056
Housing Unit: 2F15B

Response/Action Taken:

Please contact the US Marshals office to request changes or the removal of this detainer.

Thank you,

Back 5-28-2025 Wednesday

(4)

Date Received: _____
Date Answered: 05/23/2025
Referred To*: _____
Signature of Staff Member: F. Davis

*If forwarded, please notify the AIC

CD 214 (02/2020)



# Oregon Department of Corrections (ODOC)
## Snake River Correctional Institution
### Grievance - Denied

**To:** Johnson, Martin Allen  **SID #:** 5410056  **Cell:** SRCI:2F15B
**From:** Bell, M *for K. Main*  **Date:** 06/18/2025

**Re:** Non-Medical# SRCI_2025_06_054

The grievance you submitted is being returned to you due to non-compliance with the Department of Corrections (DOC) Rule #109 (Grievance Review System) for the following reason(s):

Your grievance has not demonstrated how it qualifies under 291-109-0210. You have not demonstrated misapplication of departmental policies, rules, or other directives, unprofessional actions of department employees, volunteers, or contractors, inadequate medical or mental health treatment, or excessive use of force by department employees.

If you have any questions regarding your grievance, please refer to the Department of Corrections Administrative Rule "Grievance Review System" tab #109 located in the legal library or kyte your institution Grievance/Discrimination Complaint Coordinator.

*Received June 20, 2025 Friday*



Page 1 of 1

Confidentiality Notice: This document contains information belonging to the Department of Corrections. This information may be confidential, restricted, and/or legally privileged, and is intended for appropriate and approved use under existing department rules, regulations, confidentiality and security agreements. If you have received this document in error, please notify DOC immediately, keep the contents confidential, and promptly destroy the information and/or delete the document information from your computer system.

# GRIEVANCE FORM

Page: ___ of ___ (3 page limit)   Grievance # SRCI.2025.06-054

Official Use Only      Resubmit

Name: **Johnson    Martin    A    5410056    2F15B**
       Last       First      Initial   SID#       Cell/Block/Bunk #

Whom are you grieving: **Joe Woodland**

Please provide the date/time of incident giving rise to grievance: **5-28-2025**

List in detail all the reasons for your grievance. (What is the problem? When did it happen – date/time/place?) Attach copies of any documents or any material(s), which support your grievance, including the names of any persons you think should be questioned.

Joe Woodland is not timely and properly processing my USM detainer, pursuant to IAD and ORS 135.775, see attached pages 1 t. 4

Describe what action you want taken to resolve the grievance. (How can the problem be solved?)

Process my IAD, ORS 135.775 request.

Date: **5-28-2025**       Signature: /s/

| Receiving Facility (If not processing facility) | Received at Processing Facility | Accepted/Denied/RFC | Accepted/Denied/RFC |
|---|---|---|---|
| Date Stamp | RECEIVED JUN 05 2025 SRCI/SRC Date Stamp | DENIED JUN 10 2025 SRCI/SRCM GRIEVANCE OFFICE Date Stamp | Date Stamp |

For grievance information see back page. Distribution: White (Original grievance form); Canary (AIC receipt after processed)    CD 117 (11/2019)